UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHENGLIANG LI,

Plaintiff(s),

-against-

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES; THE
ATTORNEY GENERAL OF THE UNITED
STATES; THE DIRECTOR OF THE
UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES; THE
SECRETARY OF THE DEPARTMENT OF
HOMELAND SECURITY; THE UNITED
STATES ATTORNEY FOR THE
SOUTHERN DISTRICT OF NEW YORK,

Defendant(s).

26-CV-3290

ORDER OF SERVICE

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the fees to commence this action.

The Clerk of Court is directed to issue a summons as to the defendants listed on the docket in this case. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of each summons.[1]

If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because Plaintiff had not paid the fees. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

SO ORDERED.

Dated:   April 24, 2026
         New York, New York

ARUN SUBRAMANIAN
United States District Judge